**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| MARTIN BRAU, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. |
| | § | |
| NORTHSTAR LOCATION SERVICES, LLC, | § | |
| | § | |
| Defendant. | § | |

## PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL

MARTIN BRAU (Plaintiff), through his attorneys, KROHN & MOSS, LTD., alleges the

following against NORTHSTAR LOCATION SERVICES, LLC, (Defendant):

### INTRODUCTION

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et

   seq.* (FDCPA).

2. Defendant acted through its agents, employees, officers, members, directors, heirs,

   successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

### JURISDICTION AND VENUE

3. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such

   actions may be brought and heard before "any appropriate United States district court

   without regard to the amount in controversy."

4. Defendant conducts business in the state of Texas, and therefore, personal jurisdiction is

   established.

5. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

### PARTIES

6. Plaintiff is a natural person residing in Bellaire, Harris County, Texas.

7. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)*.

8. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)*, and sought to collect a consumer debt from Plaintiff.

9. Defendant is a national debt collection company, with its headquarters in Cheektowaga, New York.

## FACTUAL ALLEGATIONS

10. Defendant began calling Plaintiff on January 2011.

11. Defendant constantly and continuously places two (2) to three (3) collection calls almost daily to Plaintiff seeking and demanding payment for a credit card debt from Bank of America.

12. Defendant calls Plaintiff and fails to disclose the call is from a debt collector.

13. Defendant calls Plaintiff at his home number 713-592-0131.

14. Defendant calls Plaintiff at his cellular number 832-875-36745.

15. Defendant calls Plaintiff and asks him to call the following number 888-820-0963.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

16. Defendant violated the FDCPA based on the following:

   a. Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, or abuse the Plaintiff in connection with the collection of a debt.

   b. Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring

repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

c.  Defendant violated *§1692e(10)* of the FDCPA by using deceptive means in an attempt to collect a debt by failing to disclose in subsequent communications that the communication was from a debt collector.

d.  Defendant violated *§1692e(11)* of the FDCPA by failing to disclose in subsequent communications that the call is from a debt collector attempting to collect a debt and that any information obtained will be used for that purpose.

WHEREFORE, Plaintiff, MARTIN BRAU, respectfully requests judgment be entered against Defendant, NORTHSTAR LOCATION SERVICES, LLC, for the following:

17. Statutory damages of $1000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

18. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k* , and

19. Any other relief that this Honorable Court deems appropriate.

RESPECTFULLY SUBMITTED,

Dated:  _____ June 3, 2011            By:/s/Michael Agruss,
                                        Michael Agruss Esq.
                                        CA SBN: 259567
                                        Attorney for Plaintiff
                                        Krohn & Moss, Ltd.
                                        10474 Santa Monica Blvd., Suite 401
                                        Los Angeles, CA 90025
                                        magruss@consumerlawcenter.com
                                        Phone: (323) 988-2400  x 235
                                        Fax: (866) 799-3206

## <u>DEMAND FOR JURY TRIAL</u>

PLEASE TAKE NOTICE that Plaintiff, MARTIN BRAU, demands a jury trial in this case.

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF TEXAS

Plaintiff, MARTIN BRAU, states the following:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.

Pursuant to 28 U.S.C. § 1746(2), I, MARTIN BRAU, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

2·28·2011
_____
Date

_____
MARTIN BRAU

PLAINTIFF'S COMPLAINT                                                   5